

NUMBER 13-17-00508-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**JUDITH ANN NEUSE AND ALL**
**OCCUPANTS OF 2115 ICHABOD**
**LN, EDINBURG,TX 78539,**                                         **APPELLANT,**

**v.**

**NATIONSTAR MORTGAGE, LLC,**                                        **APPELLEE.**

---

### On appeal from the County Court at Law No. 8
### of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Longoria and Hinojosa**
**Memorandum Opinion by Justice Hinojosa**

Appellant, Russel Glenn Neuse, appealed a judgment signed by the County Court at Law No. 8 of Hidalgo County, Texas.   On September 17, 2018, the Clerk of this Court notified appellant that that his brief failed to satisfy several of the requirements of the Texas Rules of Appellate Procedure.   Appellant filed a first amended brief.   On

September 28, 2018, the Clerk notified appellant that that his first amended brief again failed to satisfy several of the requirements of the Texas Rules of Appellate Procedure. Specifically, the Clerk notified appellant that his first amended brief did not contain appropriate citations to the authorities and to the record as required by Rule 38.1(i) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. 38.1(i). The Clerk instructed appellant to file a second amended brief. Additionally, the Clerk warned appellant that if the second amended brief did not comply with the rules of appellate procedure, we may affirm the judgment or dismiss the appeal. Appellant's second amended brief fails to comply with Rule 38.1(i) of the Texas Rules of Appellate Procedure because it contains no record references and fails to cite to a single appellate opinion. The Court, having considered the documents on file and appellant's failure to comply with the rules of appellate procedure and the notices issued by the Clerk, is of the opinion that the appeal should be dismissed. *See id*. R. 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.

LETICIA HINOJOSA
Justice

Delivered and filed the
18th day of October, 2018.